**Electronically Filed
Supreme Court
SCWC-12-0000638
22-OCT-2015
11:25 AM**

SCWC-12-0000638

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Petitioner/Plaintiff-Appellee,

vs.

KILANI DEREGO, Respondent/Defendant-Appellant,

and

MICHAEL ROBLES, Respondent/Defendant-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000638; CR. NO. 10-1-1469)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Pollack, and Wilson, JJ.,
and Circuit Judge Kubo, in place of McKenna, J., recused)

Petitioner/Plaintiff-Appellee State of Hawaii's

application for writ of certiorari filed on September 9, 2015, is

hereby rejected.

DATED: Honolulu, Hawai'i, October 22, 2015.

James M. Anderson
for petitioner

Kevin O'Grady
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Edward H. Kubo

